No. 82–1323.  MARRALE v. UNITED STATES; and
No. 82–1336.  MARRALE v. UNITED STATES.  C. A. 2d
Cir.  Certiorari denied.

No. 82–1329.  FISHERMAN v. UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.

No. 82–1332.  AVILES v. UNITED STATES.  C. A. 11th
Cir.  Certiorari denied.

No. 82–1333.  MARIN RIDGELAND CO. ET AL. v. UNITED
STATES.  C. A. 9th Cir.  Certiorari denied.

No. 82–1337.  PECORA v. MARYLAND.  Ct. Sp. App. Md.
Certiorari denied.

No. 82–1340.  COMPANIA DE GAS DE NUEVO LAREDO,
S.A. v. ENTEX, INC.  C. A. 5th Cir.  Certiorari denied.

No. 82–1343.  HONIGMAN v. UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.

No. 82–1357.  BRATTON v. UNITED STATES.  C. A. 6th
Cir.  Certiorari denied.

No. 82–1358.  QUENZER v. QUENZER.  Sup. Ct. Wyo.
Certiorari denied.

No. 82–1359.  CIOTTI v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 82–1366.  ADAMS v. DEPARTMENT OF THE ARMY,
CORPS OF ENGINEERS.  C. A. Fed. Cir.  Certiorari denied.

No. 82–1368.  COOPER v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 82–1375.  EHLINGER v. UNITED STATES.  C. A. 11th
Cir.  Certiorari denied.